**30C01-1904-CT-000736**

Hancock Circuit Court

Filed: 4/17/2019 2:03 PM
Clerk
Hancock County, Indiana

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE HANCOCK | COURT |
| | ) SS: | | |
| COUNTY OF HANCOCK | ) | CAUSE NO. | |

STEPHANIE FARRIS

    VS.

WAL-MART STORES EAST, LP

## **COMPLAINT FOR DAMAGES**

Comes now the plaintiff, Stephanie Farris, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Wal-Mart Stores East, LP, alleges and says:

1.    That on or about November 25, 2018, the plaintiff, Stephanie Farris, was a customer at the Wal-Mart store located at 1965 North State Street in Greenfield, Hancock County, Indiana.

2.    That on or about November 25, 2018 the plaintiff, Stephanie Farris, slipped and fell on a slippery substance in an aisle at said location.

3.    That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

4.    That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

5.    That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

6.    That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

7.    That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

-2-

8.    That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

9.    That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10.    That the plaintiff has incurred medical expenses, lost wages and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE


BY:    /s/ Dean J. Arnold
       Dean J. Arnold, #14762-56
       KEN NUNN LAW OFFICE
       104 South Franklin Road
       Bloomington, IN  47404
       Phone: (812) 332-9451
       Fax: (812) 331-5321
       E-mail: deana@kennunn.com


## REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this

matter be tried by jury pursuant to Trial Rule 38.

-3-

KEN NUNN LAW OFFICE


BY:  */s/ Dean J. Arnold*
     Dean J. Arnold, #14762-56
     KEN NUNN LAW OFFICE
     104 South Franklin Road
     Bloomington, IN  47404
     Phone: (812) 332-9451
     Fax: (812) 331-5321
     E-mail: deana@kennunn.com


Dean J: Arnold, #14762-56
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff